| AO·10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Duffey, Jr., William S | 2. Court or Organization Northern District of Georgia | 3. Date of Report 6/23/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court - Active | 5. ReportType (check appropriate type) ○ Nomination  Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 11/1/2003 to 12/31/2004 |
| 7. Chambers or Office Address Office of the U.S. Attorney 75 Spring St., SW, Suite 600 Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only: see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 JUN 29 P 1:02 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | SHPS, Inc. / Section 125 plan | 1,175 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed writer |
| 2. | 2004 | Penquin Putnam, Inc.-royalties from copyrights |
| 3. | 2004 | Random House, Inc.-royalties from copyrights |
| 4. | 2004 | Simon & Shuster, Inc.-royalties from copyrights |
| 5. | 2004 | Holtzbrink Publishing Holding, LP-royalties from copyrights |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets or transactions) | | | | | | | | | |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Lowes | | | | | Gifted | 2003 | J | | |
| 3. -MS Value Added Market Service Equity Fund | | | | | Sell | 12/31 | L | | |
| 4. -MS International Value Equity Fund | | | | | Sell | 12/31 | M | | |
| 5. -Morgan Stanley Managed Municipals Portfolio | | | | | Sell | 12/31 | K | | |
| 6. -Active Assets Fund | A | Dividend | K | T | | | | | |
| 7. -Blackrock Municipal Target Term Fund | A | Dividend | | | Sell | 12/8 | J | | |
| 8. -Blackrock Ins Muni Term Fund | B | Dividend | K | T | | | | | |
| 9. -Dreyfus Strategic Muni Bond Fund | B | Dividend | | | Sell | 10/18 | K | | |
| 10. -DTF Tax-Free Income Fund | B | Dividend | | | Sell | 12/8 | K | A | |
| 11. -Ishares MSCI EAFE Fund | A | Dividend | K | T | | | | | |
| 12. -Ishares MSCI Emerging Markets | A | Dividend | K | T | | | | | |
| 13. -Ishares DJ Basic Materials | A | Dividend | K | T | Partial sale | 1/16 | K | | |
| 14. -Ishares DJ Consumer Cyiclical | A | Dividend | K | T | | | | | |
| 15. -Ishares DJ Consumer Noncyclical | A | Dividend | K | T | | | | | |
| 16. -Ishares DJ Financial | B | Dividend | L | T | Partial sale | 1/16 | K | C | |
| 17. -Ishares DJ Healthcare | A | Dividend | L | T | Partial sale | 1/16 | K | | |
| 18. -Ishares DJ Industrial | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Managed Municipals Portfolio | B | Dividend | | | Sell | 12/8 | K | | |
| 20. -Munienhanced Fund | B | Dividend | | | Sell | 8/2 | K | | |
| 21. -Munivest Fund II Inc | C | Dividend | | | Sell | 12/8 | K | B | |
| 22. -Muniyield Fund Inc | A | Dividend | | | Buy | 8/5 | K | | |
| 23. -Muniyield Fund Inc. | | | | | Sell | 12/8 | K | B | |
| 24. -Nuveen Premier Inc. Municipal Fund | B | Dividend | | | Sell | 12/8 | K | | |
| 25. -Rouse Co | A | Dividend | | | Transfer in | 7/27 | J | | |
| 26. -Rouse Co | | | | | Transfer in | 11/12 | J | | |
| 27. -Rouse Co | | | | | Gifted | 2004 | J | | |
| 28. -Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 29. -Van Kamp Muni Trust SBI | B | Dividend | | | Sell | 12/8 | K | | |
| 30. -American LTD Term Tax-Ex Bond | A | Dividend | K | T | Buy | 10/21 | K | | |
| 31. -Intertational Value Equity Fund | A | Dividend | M | T | | | | | |
| 32. -Post Properties, Inc. RST | A | Dividend | J | T | Received | 12/13 | J | | |
| 33. -Warren Co Go BE | | None | K | T | Buy | 12/13 | K | | |
| 34. -Richmond BOE BE | | None | L | T | Buy | 12/16 | L | | |
| 35. -P R Pub Bldgs AU | | None | K | T | Buy | 12/13 | K | | |
| 36. -PR Indl Trust BE | | None | L | T | Buy | 12/22 | M | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,901-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -MS Equally Weighted S & P 500 | | None | L | T | | | | | |
| 38. Brokerage Account #2 | | | | | | | | | |
| 39. -Active Assets Fund | A | Dividend | J | T | | | | | |
| 40. -Blackrock Ins Muni Term Fund | A | Dividend | J | T | | | | | |
| 41. -Dreyfus Strategic Muni Fund | A | Dividend | | | Sell | 10/18 | K | | |
| 42. -Ishares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 43. -Morgan Stanley Managed Municipals Portfolio | A | Dividend | | | Sell | 12/8 | K | | |
| 44. -Munichanced Fund | A | Dividend | | | Sell | 8/2 | J | | |
| 45. -Munivest Fund II Inc | B | Dividend | | | Sell | 12/8 | K | A | |
| 46. -Muniyield Fund Inc | A | Dividend | | | Buy | 8/5 | J | | |
| 47. -Muniyield Fund Inc. | | | | | Sell | 12/8 | K | A | |
| 48. -Van Kamp Muni Trust SBI | A | Dividend | | | Sell | 12/8 | K | | |
| 49. -American LTD Term Tax-Ex Bond | A | Dividend | K | T | Buy | 10/21 | J | | |
| 50. -Franklin Mutual Shares Fund | A | Dividend | K | T | | | | | |
| 51. -ING International Value B Fund | A | Dividend | | | Sell | 12/8 | K | B | |
| 52. -Morgan Stanley Asia Pacific | | None | K | T | Buy | 12/13 | K | | |
| 53. -Troup Co Facs BE | | None | K | T | Buy | 12/16 | K | | |
| 54. -AAtlanta WTR-A BE | | None | K | T | Buy | 12/16 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Van Kampen Emerging Market Fund | | None | L | T | | | | | |
| 56. -Van Kampen Equity Growth Fund | | None | L | T | | | | | |
| 57. IRA #1 | C | Dividend | M | T | | | | | |
| 58. | B | Interest | | | | | | | |
| 59. -Liquid Asset Fund | | | | | | | | | |
| 60. -Ishares MSCI Eafe Fund | | | | | Buy | 12/16 | K | | |
| 61. -Powershares Hi Yld Eq Div | | | | | Buy | 12/16 | K | | |
| 62. -Putnam Premier Income TR SBI | | | | | | | | | |
| 63. -Government National Mortgage Assn Pool 7.5% | | | | | | | | | |
| 64. -MS International Small Cap | | | | | | | | | |
| 65. -MS Special Value Fund B | | | | | Partial sale | 12/13 | K | E | |
| 66. -MS Intertational Fund | | | | | | | | | |
| 67. -Cohen & Steers REIT Trust | | | | | | | | | |
| 68. -FHR Government Bond | | | | | Sell | 11/15 | J | A | |
| 69. -Firstbank FID | | | | | Sell | 12/30 | K | | |
| 70. -MS International Small Cap | | | | | Sell | 6/17 | K | C | |
| 71. IRA #2 | E | Dividend | P1 | T | | | | | |
| 72. | D | Interest | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Column C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
F3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Liquid Asset Fund | | | | | | | | | |
| 74. -Blackrock LTD Duration Inc. | | | | | | | | | |
| 75. -Eaton Vance LTD Duration Inc. | | | | | | | | | |
| 76. -Ishares DJ Basic Materials | | | | | | | | | |
| 77. -Ishares DJ Consumer Noncyclical | | | | | | | | | |
| 78. -Ishares DJ Healthcare | | | | | Buy | 12/13 | J | | |
| 79. -Ishares DJ Industrial | | | | | | | | | |
| 80. -Ishares DJ Financial | | | | | | | | | |
| 81. -Ishares DJ Consumer Cyclical | | | | | | | | | |
| 82. -Ishares S&P Global Energy | | | | | | | | | |
| 83. -MFS Multimarket Income Trust | | | | | | | | | |
| 84. -Morgan Stanley Emerg Mkts Fund | | | | | Buy | 12/13 | J | | |
| 85. -US Treasury Zero Coupon, 5/07 | | | | | | | | | |
| 86. -US Treasury Note 4.75% 11/15/08 | | | | | | | | | |
| 87. -US Treasury Zero Coupon 2/09 | | | | | | | | | |
| 88. -US Treasury note 6%, due 8/09 | | | | | | | | | |
| 89. -US Treasury Bond Inflation Index 3% | | | | | | | | | |
| 90. -FNMA Bond 3.25%, 11/07 | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. -Federal Home Loan Mortgage Corp., 4.25%, 10/12 | | | | | Buy | 12/9 | K | | |
| 92. -Fed Home Ln Mtg Corp | | | | | | | | | |
| 93. -Government National Mortgage Assn. 8%, 11/24 | | | | | | | | | |
| 94. -MS Special Value Fund B | | | | | Partial sale | 12/8 | K | D | |
| 95. -Cohen & Steers REIT Trust | | | | | Partial sale | 9/25 | J | | |
| 96. -Cohen & Steers REIT Trust | | | | | Partial sale | 12/25 | J | | |
| 97. -MS Spectrum Select (Dean Witter Spectrum Select) | | | | | | | | | |
| 98. -MS DW Spectrum Currency | | | | | | | | | |
| 99. -MS Charter Campbell | | | | | | | | | |
| 100. -Alliance World Dollar Government Fund II | | | | | Sell | 12/31 | K | | |
| 101. -MSDW Charter DWFCM LP | | | | | | | | | |
| 102. -MS Charter Graham | | | | | | | | | |
| 103. -Blackrock Income Opp TR | | | | | Sell | 12/8 | K | A | |
| 104. -ING Prime Rate Trust | | | | | Sell | 2/17 | K | B | |
| 105. -MFS Intermediate Income Trust | | | | | Sell | 12/8 | K | A | |
| 106. -Putnam Master Income Trust | | | | | Sell | 1/13 | J | | |
| 107. IRA #3 | A | Dividend | J | T | | | | | |
| 108. -Liquid Asset Fund | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S | 6/23/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. -Van Kampen Growth & Income | | | | | | | | | |
| 110. Brokerage account #3 | | | | | | | | | |
| 111. -Liquid Assets Fund | A | Dividend | J | T | | | | | |
| 112. -MS American Opportunities Fund | | None | K | T | | | | | |
| 113. -Van Kampen Select Growth Fund | | None | J | T | | | | | |
| 114. Brokerage account #4 | | | | | | | | | |
| 115. -MS American Opportunities Fund | | None | K | T | | | | | |
| 116. -Dividend Growth Securities B | A | Dividend | J | T | | | | | |
| 117. -Van Kampen Select Growth Fund | | None | J | T | | | | | |
| 118. -US Government Money Market Trust | A | Dividend | J | T | Sell | 12/31 | J | | |
| 119. -MS Equity Fund B Fund | | | | | Sell | 12/31 | J | | |
| 120. -NW Mutual Extra Ordinary Life | | | | | Sell | 12/31 | J | | |
| 121. -NW Mutual Estate CompLife | | | | | Sell | 12/31 | L | | |
| 122. -NW Mutual 65 Life | | | | | Sell | 12/31 | K | | |
| 123. K & S Investments | A | Dividend | J | U | | | | A | |
| 124. K & S Investments | A | Interest | | | | | | | |
| 125. C & B Capital, L.P. | A | Dividend | K | U | Partial sale | 7/10 | | D | |
| 126. Beter Byars, Inc. | | | M | W | | | | | |
| | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)        F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)        N = $250,001-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000        P4 = More than $50,000,000
3. Value Method Codes:        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (indicate part of Report)

*Total interest in fund is .2612%. During the reporting period, C&B Capital, L.P. held interests in the following companies:

> Access Integrated Networks, Inc.
> Alimera Sciences, Inc.
> Alliance Surgery, LLC
> AppForge, Inc.
> Cypress Care, Inc.
> Gevity HR, Inc.
> GlobalCare, Inc.
> GMT Group
> nuBridges, LLC
> Payerpath, Inc.
> SPI Dynamics, Inc.
> VCG, Inc.
> Focus, Inc.
> BSC Ventures, Inc.

**Represents sale of fund's interest in Gevity HR, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date June 28, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

 **WILLIAM S
DUFFEY/GAND/11/USCOUR
TS**
05/16/2005 12:55 PM

To  Cindy Dowlen/GAND/11/USCOURTS@USCOURTS

cc

bcc.

Subject  Fw: Financial Disclosure - Request for Extension

Please email or fax email to Dean Nelson

William S. Duffey, Jr.
United States District Judge
1721 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia  30303-3309

—— Forwarded by WILLIAM S DUFFEY/GAND/11/USCOURTS on 05/16/2005 12:57 PM ——

George              to  WILLIAM S DUFFEY/GAND/11/USCOURTS@USCOURTS
Reynolds/DCA/ADUSE
@DCRS                Subject  Financial Disclosure - Request for Extension
05/10/2005 2:58 PM

Judge Duffey,

Judge Mary M. Lisi, Chair of the Committee on Financial Disclosure, has asked me to inform you that your requested extension until June 30, 2005, to file your annual financial disclosure report has been granted.

Sincerely,

George D. Reynolds
Staff Counsel
202-502-1850